# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN H. PARKER and BRYAN MAISEL HOMES, LLC )<br>)<br>)<br>Plaintiffs, )<br>)<br>)     **CASE NO.: 1:21-cv-00425-B**<br>v. )<br>)<br>EXTERIOR RESTORATIONS, )<br>INC., BURL BARNETT, STO )<br>CORP., WALL AND CEILING )<br>SOLUTIONS, LLC, and )<br>CAPITOL MATERIALS, INC., )<br>)<br>Defendants. ) | |

## DEFENDANT CAPITOL MATERIALS, INC.'S JOINDER IN DEFENDANT WALL AND CEILING SOLUTIONS, LLC'S RESPONSE IN OPPOSITION

COMES NOW Defendant Capitol Materials, Inc., and joins in Defendant Wall and Ceiling Solutions, LLC's Response in Opposition (Doc. 30) to Plaintiff's Motion to Amend the Complaint and Renewed Motion to Remand the case to state court.

 

*/s/ Jeremy S. Gaddy*
Jeremy S. Gaddy (GAD004)

*Counsel for Defendant Capitol Materials, Inc.*

**OF COUNSEL:**
CLARK, MAY, PRICE, LAWLEY,
DUNCAN & PAUL, LLC
Post Office Box 43408
3070 Green Valley Rd.
Birmingham, Alabama 35243
Telephone: (205) 267-6601
jgaddy@clarkmayprice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of February, 2022, I served the foregoing document by filing it with the Court's CM/ECF system or placing a copy of same in the United States mail properly addressed and first class postage prepaid to the following:

C. William Daniels, Esq. (bdaniels@burr.com)
Christine N. Burns, Esq. (cburns@burr.com)
K. Bryant Hitson, Esq. (kbhitson@burr.com)
BURR & FORMAN LLP
11 N. Water Street, Suite 22200
Mobile, Alabama 36606
*Attorneys for Plaintiffs*

M. Warren Butler, Esq. (wbutler@starneslaw.com)
Bonnie Branum Minopoli, Esq. (bminopoli@starneslaw.com)
STARNES DAVIS FLORIE LLP
11 North Water Street, Suite 20290
Mobile, AL  36602
*Attorneys for Defendants Exterior Restorations, Inc. and Burl Barnett*

John M. Bergquist, Esq. (jbergquist@pljpc.com)
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, AL 35216
*Attorney for Sto Corp*

Hart Benton, Esq.  (tbenton@mcdowellknight.com)
MCDOWELL KNIGHT ROEDDER & SLEDGE, LLC
11 N. Water Street, Suite 13290
Mobile, Alabama 36602
*Attorney for Wall and Ceiling Solutions, LLC*

                                          */s/ Jeremy S. Gaddy*
                                          COUNSEL