**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JOHN H. PARKER AND BRYAN MAISEL HOMES, LLC,** | |
| *Plaintiffs*, | |
| **v.** | **CASE NO. 1:21-cv-00425-WS-B** |
| **EXTERIOR RESTORATIONS, INC., BURL BARNETT, STO CORP., WALL AND CEILING SOLUTIONS, LLC, AND CAPITOL MATERIALS, INC.,** | |
| *Defendants*. | |

**DEFENDANTS EXTERIOR RESTORATIONS, INC. AND BURL BARNETT'S
EXPERT DISCLOSURES**

COME NOW Defendants Exterior Restorations, Inc. and Burl Barnett (collectively, "Defendants"), and pursuant to Rule 26 of the Federal Rules of Civil Procedure, designate the following individuals whom they may call to testify as experts at the trial of this matter:

1. **Charles A. Marion**. Mr. Marion has been retained as an expert pursuant to Fed. R. Civ. P. 26(a)(2)(B). A report prepared by Mr. Marion and Mr. Marion's current curriculum vitae reflecting his qualifications are attached as **Exhibit 1**. Mr. Marion has not testified as an expert at trial or by deposition in the previous 4 years. Mr. Marion reviewed the following materials in connection with preparing his report: transcripts of all depositions taken thus far in this lawsuit, including all exhibits attached thereto; the Complaint and all amendments thereto; written discovery responses of the parties to this case; documents produced by the parties to this case; documents produced by third parties

pursuant to Rule 45 subpoenas; Plaintiffs' expert report, disclosures, and documents produced therewith; data collected and summarized in a report prepared by Hal Cain and Mark Penton; repair estimate prepared by Alpha Finishes, Inc., discussion with Jerry Jackson, who performed remedial work on an LVL beam at the 3136 Dog River Road, Theodore, Alabama 36582 ("Subject Property"); and his own observations during his visit to the Subject Property.  Pursuant to Rule 26(a)(2)(B)(vi), a statement of the compensation to be paid relating to Mr. Marion's work in this case is included in **Exhibit 1**.

2.  **Brandon J. Beaird**.  Mr. Beaird has been retained as an expert pursuant to Fed. R. Civ. P. 26(a)(2)(B).  A report prepared by Mr. Beaird and Mr. Beaird's current curriculum vitae reflecting his qualifications are attached as **Exhibit 2**.  Mr. Beaird has testified as an expert by trial or by deposition during the previous 4 years in the following cases:

- United States Bankruptcy Court: Case No. 21-10562; Debtor: Robert Lee Barbee; Date of Testimony: September 2, 2021; and

- United States Bankruptcy Court: Case No. 19-13019; Debtor: Alfreda Allen; Date of Testimony: July 20, 2020.

Mr. Beaird reviewed the following materials in connection with preparing his report: Plaintiffs' expert report and disclosures; transcripts of depositions of John H. Parker, Bryan Maisel Homes, LLC, and Sloane Parker, including all exhibits attached thereto; previous reports relating to the valuation of the Subject Property (dated as follows: 1) effective date of January 31, 2020 and report date/date of signature of June 2, 2020; 2) effective date of May 19, 2020 and report date/date of signature of May 19, 2020; and 3) effective date of

March 4, 2020 and report date/date of signature of March 6, 2020);[1] and his own observations during his visit to the Subject Property.  Pursuant to Rule 26(a)(2)(B)(vi), a statement of the compensation to be paid relating to Mr. Beaird's work in this case is attached as **Exhibit 3**.

Defendants expressly reserve the right to supplement this Disclosure and the reports provided herewith upon receipt of other materials produced in discovery in this matter. Defendants also reserve the right to call any expert witness properly designated by any other defendant.

/s/ Bonnie Branum Minopoli

M. WARREN BUTLER (BUTLM3190)
BONNIE BRANUM MINOPOLI (MINOB0459)
*Attorneys for Defendants*
*Exterior Restorations, Inc. and Burl Barnett*

**OF COUNSEL:**
STARNES DAVIS FLORIE LLP
11 North Water Street, Suite 20290
Mobile, AL   36602
Phone:  (251) 433-6049
Fax:  (251) 433-5901
wbutler@starneslaw.com
bminopoli@starneslaw.com

---

[1] These reports may be obtained by release from the homeowner's lender or consent from the lender's appraisal management company, the intended users of the reports.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2022, I served a true and correct copy of the foregoing via U.S. Mail postage pre-paid and/or via electronic mail on the following:

C. William Daniels
Christine N. Burns
BURR & FORMAN LLP
11 N. Water Street, Suite 22200
Mobile, Alabama 36602
*Attorneys for Plaintiff, John H. Parker*
*and Bryan Maisel Homes, LLC*

John M. Bergquist
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, Alabama 35216
*Attorney for Sto Corp.*

T. Hart Benton, III
Richard M. Gaal
MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
11 North Water St., Suite 13290
Mobile, Alabama 36602
*Attorneys for Wall and Ceiling Solutions, LLC and Terry Dittenber*


*/s/Bonnie Branum Minopoli*
BONNIE BRANUM MINOPOLI

{B4429059}                    4