

**SPECIALTY BUILDING**
**C O N S U L T A N T S**

8000 Madison Blvd.
Ste D102-166
Madison, AL 35758

Phone: 205.683.6484
Fax: 205.278.5301
Specialtybuiding@gmail.com
www.specialtybuilding.net

## Specialty Building Consultants

# Parker vs. ERI

## 3136 Dog River Road
## Theodore, Alabama 36582





DEFENDANT'S
EXHIBIT

**1**

## INTRODUCTION

I was retained by Starnes, Davis, Florie LLP representing ERI and Burl Barnett, to evaluate the application of the STO Powerwall system and consider causes of the alleged water intrusion at 3136 Dog River Road in Theodore, Alabama. I was also asked to consider the role of Bryan Maisel Homes, LLC as the home builder. I conducted a site inspection on August 4, 2021.

I have been involved in the EIFS/ Stucco industry for 27+ years. In those years I have been a consultant, salesman, technical trainer, inspector, contractor and an EIFS applicator. I have seen thousands of homes and buildings. Most were exterior cladding successes with an extremely low percentage of total failure. Most, if not all, failures could be attributed to lack of proper flashing and sealants.

After visiting the property, reviewing a multitude of documents and depositions it is my conclusion that the STO PowerWall system installed on this home did not fail.

## Flashing and Window Installation

The window head flashing was not installed to divert water away from the windows and away from the face of the building. Head flashing protects the window and the building from potential water intrusion. An alternative to head flashing would have been a banded trim band around the window which would allow for an inside caulk joint to protect the window. My understanding is that the homeowners rejected ERI's recommendation to install such bands. It is the responsibility of the person who designed the home that the structure is flashed properly. It is the builder's responsibility to verify that proper flashing is installed, in accordance with local building codes.

### *Per the 2012 International Residential Code-*

### R703.8 Flashing.

Approved corrosion-resistant flashing shall be applied shingle-fashion in a manner to prevent entry of water into the wall cavity or penetration of water to the building structural framing components. Self-adhered membranes used as flashing shall comply with AAMA 711. The flashing shall extend to the surface of the exterior wall finish. Approved corrosion-resistant flashings shall be installed at all of the following locations:

1. Exterior window and door openings. Flashing at exterior window and door openings shall extend to the sur¬ face of the exterior wall finish or to the water-resistive barrier for subsequent drainage. Flashing at exterior window and door openings shall be installed in accordance with one or more of the following:

1.1. The fenestration manufacturer's installation and flashing instructions, or for applications not addressed in the fenestration manufacturer's instructions, in accordance with the flashing manufacturer's instructions.

Where flashing instructions or details are not provided, pan flashing shall be installed at the sill of exterior window and door openings. Pan flashing shall be sealed or sloped in such a manner as to direct water to the surface of the exterior wall finish or to the water-resistive barrier for subsequent drainage. Openings using pan flashing shall also incorporate flashing or protection at the head and sides.

1.2. In accordance with the flashing design or method of a registered design professional.

1.3. In accordance with other approved methods.

2. At the intersection of chimneys or other masonry construction with frame or stucco walls, with projecting lips on both sides under stucco copings.

3. Under and at the ends of masonry, wood or metal copings and sills.

4. Continuously above all projecting wood trim.

5. Where exterior porches, decks or stairs attach to a wall or floor assembly of wood-frame construction.

6. At wall and roof intersections.

7. At built-in gutters.



The report of Todd Alford discusses improper wrapping of the windows by ERI. The sub-contractor with responsibility for installing the windows should have brought any issues relating to the windows and their installation to the attention of the homebuilder.

The proper window flashing may have prevented intrusion of water at the windows even if the windows were not properly wrapped.

During my site visit, I also viewed several windows that were installed improperly or not square. The rear, top level door did not appear to be square. Sloane Parker, one of the homeowners, testified that one of the windows at the property had to be removed and reset because it was not squared.

## Kick out flashing



The lack of proper diverter flashing can be a massive failure for an EIFS or stucco system. Originally this home did not have diverter flashing installed. It was installed by a contractor other than ERI, several months after the initial construction had finished. The lack of diverter flashing for that period of time could have resulted in water intruding into the stucco wall.

ERI's contract with Bryan Maisel Homes, LLC pointed out that ERI was not responsible for the installation of any flashing, including kick out flashing. The installation of the flashing should have been assigned to another sub-contractor by the builder at the time the home was constructed.

I, as a contractor, always single out that I do not install flashing on any of my projects. It is common in the industry for a sub-contractor to exclude items from their scope of work.

It is also the position of STO Corporation that flashing is not a part of the STO Power Wall system. STO's corporate representative testified that flashing of the STO Power Wall system is the responsibility of the design professional and home builder.

## Moisture/ Substrate

A high moisture reading on a meter does not constitute a failure. The location of the reading and the integrity or firmness of the substrate should be considered when evaluating a property for moisture.

***The following paragraph was taken from the Delmhorst BD2100 manual concerning moisture readings:***

"If the displayed reading is above the set-point value the setpoint buzzer will sound. Also, one of the LEDs on the front panel will light up as follows: Wood Scale #1 Green - 6% to 15% Yellow - 15% to17% Red - > 17%

Temperature –As wood temperature increases, its electrical resistance decreases and indicated moisture content rises.

Delmhorst uses Douglas Fir, the USDA standard, as the basis for all wood calibrations. Because the electrical characteristics of different species vary, all species read differently at the same moisture content."

What we do not know from looking at the photos, was the meter calibrated properly before the moisture readings were taken and are the pins in the meter new or used. This could affect the moisture readings.

The photographs attached as Attachment 1 were produced by Todd Alford. In the photos, the Delmhorst BD2100 moisture meter is visible. The moisture readings appear to be in the acceptable range and the substrate in the core samples appears clean and free of moisture stains.

I have reviewed photos produced by the homeowner reflecting bubbling or uncured finish coat conditions. These conditions appear to relate to the application of the finish coat, and as such would not compromise the wall system as a whole.

## Framing

The below picture was provided by Cain & Associates. It shows a significant corner gap in the framing. It does not allow the corners to be wrapped properly in mesh.
I reviewed the photos from Bethel Engineering and observed a "Pocket Void" on the rear elevation, page 199, and the proper installation of deck flashing, pages 24.-25. These types of framing issues could obstruct a proper installation of an exterior cladding.



## Deck Beam

The photographs attached as Attachment 2 from the report of Todd Alford show a deck beam that is rotted. The rotted beam was caused by a design flaw. The deck lacks the proper flashing at the intersection of the home, it does not have the proper flashing on the edges of the deck for water runoff and the slope to the deck allows the water to pool on the deck.

## Risk of Danger

The report of Todd Alford discusses a risk of danger associated with the stucco system falling off the wall. It is my opinion that the system has not failed. Furthermore, I have not observed any areas of the system that pose a threat of falling off the wall and causing physical harm. Todd Alford, the expert retained by the homeowner and builder, also testified that he has not observed any stucco that looks like it will fall off the wall. He also testified generally that the safety and welfare of the homeowners has not been compromised.

## Role of Bryan Maisel Homes, LLC

Bryan Maisel Homes, LLC entered into a contract with the homeowners for construction of the home at issue in this lawsuit.  It was the only party that entered into a contract for the construction of the home with the homeowners.  Under the terms of the contract, Bryan Maisel Homes, LLC agreed to provide labor and materials for construction of the home pursuant to the plans and specifications.  The plans require that the home be constructed to comply with the 2012 International Residential Code and other standard practices and ordinances.  In his deposition, Bryan Maisel admitted he was responsible to the homeowners for construction of the home.  I agree with Todd Alford's testimony that the homebuilder is responsible to the homeowner to be "compliant to the Code".  Bryan Maisel Homes, LLC also represented to the Mobile County Public Works division that it would comply with the 2012 International Residential Code in constructing the home.  Bryan Maisel Homes, LLC would have been the only party to sign an acknowledgement with the county relating to construction of the home.

Bryan Maisel Homes, LLC failed to do the following things it should have done as the builder:

- Supervise and manage the work of the sub-contractors who performed work on the home
- Construct the home free of defects
- Construct the home in accordance with the contract with the homeowners
- Build a home compliant with the 2012 International Residential Code
- Repair or cure any defects in the construction of the home in a timely manner to avoid further damage that may result from any defects as testified by Todd Alford.

I also agree with Todd Alford's testimony that Bryan Maisel Homes, LLC had a duty to deliver to the homeowners a home free of defects. I have discussed other specific instances of Bryan Maisel's failures throughout my report.


## Repair Estimate

Alpha Finishes, Inc. has visited the property and confirms that the STO Power Wall system on this home can be properly removed and replaced for $275,000. While I believe the STO stucco system could be repaired for less, I have obtained an estimate to remove and replace the stucco system because it is my understanding the homeowners and builder want to replace the system currently in place with another manufacturer's system. This estimate is attached as Attachment 3.

As a home builder, I would rely on an estimate such as this for the repair scope of work.

## <u>Conclusion</u>

The moisture readings taken during the home's destructive testing do not reflect a failed stucco system.   Therefore, in my opinion, the STO Powerwall system is not a failure, and the home can be successfully repaired by a qualified contractor working with the product manufacturer.

The following is a list of failures I've observed relating to the home:

- Lack of flashing at windows and doors, which caused or contributed to water intrusion at these locations.  Bryan Maisel Homes, LLC as the builder should have ensured the proper flashing was installed by the sub-contractor with responsibility for installation of the windows and doors
- Framing issues discussed in my report, which contribute to the defects in the construction
- Failure to install kickout or diverter flashing at the time of the construction of the home.  The responsibility to ensure this flashing is installed is the builder's, Bryan Maisel Homes, LLC

Bryan Maisel Homes, LLC did not fulfill his obligations to construct the home in accordance with the 2012 International Residential Code, the plans, and the contract with the homeowners.



8000 Madison Blvd.
Ste D102-166
Madison, AL 35758

Phone: 205.683.6484
Fax: 205.278.5301
Specialtybuiding@gmail.com
www.specialtybuilding.net

## Specialty Building Consultants

**LEGAL CASES**

I have not testified in a trial or deposition in the last 4 years.

## Professional Summary

I have 27+ plus years' experience in the EIFS, stucco and cement fiber exterior cladding industry. My experience consists of consulting, inspections, installation, and repair. As the owner of Specialty Building Consultants, I have worked with buyers, sellers, general contractors, architects and attorneys.

Fully licensed and nationally "**Certified**" through the American Society of Home Inspection (ASHI) and EDI.

## Experience

**EIFS Inspector/Contractor**
**7/2006 – Present**
**Specialty Building Consultants LLC**
**Madison, AL**

**Home Inspector**
**7/2006 – Present**
**Specialty Building Consultants LLC**
**Madison, AL**

**Asbestos Inspector/Contractor**
**7/2006 – Present**
**Specialty Building Consultants LLC**
**Madison, AL**

**Regional Sales Representative**



8000 Madison Blvd.
Ste D102-166
Madison, AL 35758

Phone: 205.683.6484
Fax: 205.278.5301
Specialtybuiding@gmail.com
www.specialtybuilding.net

# Specialty Building Consultants

**5/1995-11/1999**
**Sto Corporation**
**Atlanta, Ga**

## Education

**B.A, 1985**
**College of Communications**
**University of Alabama**
**Tuscaloosa, AL**

## Licenses & Certifications

EIFS Inspector, State of Alabama #0878
Home Inspector, State of Alabama. #2083
Home Builder, State of Alabama. #22066
Asbestos Inspector, State of Alabama. # AIN0322577955
Asbestos Contractor, State of Alabama. # ASU0622577955
Real Estate Broker, State of Alabama. #64273-4
ASHI Certified Inspector #265400
Exterior Design Institute EIFS #AL 41
Exterior Design Institute Level 2 Building Envelope Inspector Certification
TN ACM Inspector A-I-103525-127693
Certified Infrared Thermography Level 1



8000 Madison Blvd.
Ste D102-166
Madison, AL 35758

Phone: 205.683.6484
Fax: 205.278.5301
Specialtybuiding@gmail.com
www.specialtybuilding.net

## Specialty Building Consultants

## FEE SCHEDULE

1. EIFS/Stucco inspection and background preparation. $150/hour.

2. Travel fees reimbursed.

3. Deposition/court appearance fee. *8-hour minimum. $250/hour

I have invoiced $3,590 as of September 1, 2022, for my services on this case.

_____
Charles A. Marion

# ATTACHMENT 1



ARCADIA0183



ARCADIA0187



ARCADIA0197



ARCADIA0218



ARCADIA0224



ARCADIA0225



ARCADIA0226



DELMHORST

12.2

ARCADIA0235



ARCADIA0236



ARCADIA 0025



ARCADIA 0026



ARCADIA0401



ARCADIA0402



DELMHORST

13.7

ARCADIA0403



ARCADIA0404



ARCADIA0405



ARCADIA0406



ARCADIA0407



ARCADIA 0055



ARCADIA 0057





ARCADIA 0059



ARCADIA0171

# ATTACHMENT 2

ARCADIA ICR, LLC
Parker Residence – Exterior Cladding Deficiency Evaluation
3136 Dog River Road Theodore, AL



Photo Q: Removal of the cladding over the third-floor balcony support beam revealed dark moisture staining and deterioration.  This photograph was provided to AICR by Counsel.



Photo R: Removal of the cladding over the third-floor balcony support beam revealed dark moisture staining and deterioration.  This photograph was provided to AICR by Counsel.

48981434 v1

# ATTACHMENT 3

421 Hilltop Rd
Adamsville, AL, 35005
(205) 746-4817
ramosplastering@gmail.com

# Alpha Finishes Inc

**Estimate**

For:                Parker V.

Estimate No:                4
Date:                08/26/2022

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parker v. ERI | 1 | $275,000.00 | $275,000.00 |

Remove and reinstall a stucco system that compares to a STO Powerwall system. 10,700 sq ft.

Repair all damaged substrate.

Remove all work related debris from work site.

Does not include damage past the substrate (Added cost) or landscaping damaged due to the stucco repair project.

Price $275,000

| | |
|---|---|
| Subtotal | $275,000.00 |
| TAX 0% | $0.00 |
| Total | $275,000.00 |

| Total | $275,000.00 |
|---|---|