**BEAIRD ORGANIZATION, LLC**

3515 Montlimar Plaza Drive, Ste. B
Mobile, AL 36609
251-445-2213

October 13, 2022

Ms. Bonnie Minopoli
Attorney at Law
Starnes David Florie, LLP
11 N. Water Street, Ste. 20290
Mobile, AL 36602

Re:     3136 Dog River Road
        Mobile, AL

Dear Ms. Minopoli:

Per your request, I am submitting my fee schedule for appraisal services, as well as court testimony and preparation on the above referenced real property as follows:

| | |
|---|---|
| Total Appraisal Fee - $1,000.00 | $1,000.00 (billed-to-date) |
| Testimony Fee (deposition/trial) | $350.00 per hour |
| Other – (prep for testimony, etc.) | $350.00 per hour |

If you need any additional information, please do not hesitate to contact me.

Respectfully submitted,

Brandon J. Beaird
President

BJB/ses

DEFENDANT'S
EXHIBIT

**3**